**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**
<u>**JUDGMENT IN A CIVIL CASE**</u>

| | | |
|---|---|---|
| In the Matter of the Arbitration between | ) | |
| | ) | |
| MX, Inc., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| and | ) | No. 04-1020-CV-W-SOW |
| | ) | |
| ZOTEC SOLUTIONS, Inc., | ) | |
| | ) | |
| Respondent and Counterclaimant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MX, Inc., John Cobb, Lee McCarty, and Jack Nichols, | ) | |
| | ) | |
| Counterclaim Respondents. | ) | |

<u>          </u> **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u>   </u> **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

<u>    X   </u> **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

    ORDERED that petitioner MX, Inc.'s Application to Confirm Arbitration Award (Doc. #1) is granted and the arbitration award is confirmed in all respects pursuant to 9 U.S.C. §§ 9 and 13. It is further

    ORDERED that judgment shall be entered in conformity with the arbitration award and respondent Zotec is ordered to pay MX as follows:

        A.    The amount of $23,000.00 for the balance of the purchase price of MX's

Equipment and Fixtures, plus interest from March 1, 2002 to October 10, 2004 in the amount of $4,824.66, for a total of $27,824.65;

B. The amount of $128,959.30 for MX's 10% share of unpaid Renewal Revenues;

C. The amount of $50,000.00 for MX's attorneys' fees;

D. The amount of $8,397.37 for MX's out-of-pocket arbitration expenses; and

E. The sum of $12,525.33, representing amounts previously advanced to the Association by the Claimant MX.

This results in a total judgment in the amount of $227,706.66.

.

```
May 2, 2005                      P. J. Brune
Date                            Clerk
                                     /s/ K. McIlvain
                                     Deputy Clerk
```